IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WEST BEND MUTUAL INSURANCE COMPANY,** | **CASE NO. 1:21-CV-00593-PAB** |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **OSMIC, INC., et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

For the reasons stated in the Memorandum Opinion and Order issued this date, Plaintiff's Motion for Default Judgment (Doc. No. 35) is GRANTED. Default judgment is entered in Plaintiff's favor against Defendant Osmic, Inc. for $94,750.00 in bond claim payments, $11,229.85 in consultant fees and related costs, and $33,046.79 in attorney's fees and expenses, for a total combined amount of $139,026.64.

**IT IS SO ORDERED.**

                                                              *s/Pamela A. Barker*
                                                               PAMELA A. BARKER
Date: February 17, 2022                           U.S. DISTRICT JUDGE