**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| West Bend Mutual Insurance Company, | CASE NO. 1:21-cv-00593 |
| **Plaintiff,** | |
| -vs- | JUDGE PAMELA A. BARKER |
| Hugh Osmic, *et al.*, | JUDGMENT ENTRY |
| **Defendants.** | |

For the reasons set forth in this Court's Findings of Fact and Conclusions of Law which is filed contemporaneously herewith, judgment is entered in favor of Plaintiff West Bend Mutual Insurance Company and against Defendant Hugh Osmic as follows. Plaintiff West Bend Mutual Insurance Company is entitled to judgment in its favor on Count I of the Complaint in the total amount of $210,345.21, and is entitled to a declaratory judgment in its favor as set forth in Count III of the Complaint.

**IT IS SO ORDERED.**

                                                   *s/Pamela A. Barker*
                                                   PAMELA A. BARKER
Date: February 19, 2025                         U. S. DISTRICT JUDGE